IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD MCCRAY, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-CV-3441 |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of January, 2024, upon consideration of Plaintiff Donald McCray's "Petition Notice" (Doc. No. 11) and Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 14), it is **ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to mark Doc. No. 11 as a "Motion to Proceed *In Forma Pauperis*" and file all papers McCray submitted along with that docket entry as exhibits to the Motion.

2. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

3. If McCray seeks to proceed with this case, he is **DIRECTED** to **pay** $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.

4. If McCray fails to comply with this Order his case may be dismissed without further notice for failure to prosecute.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**